# SIMMS SHOWERS LLP
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

305 Harrison Street. S.E., 3rd Floor ■ Leesburg, Virginia 20175 ■ (703) 771-4671 ■ Fax: (703) 771-4681 ■ www.simmsshowers.com

July 29, 2011

Eastern District Court of Virginia
Attn: New Case Filings
401 Courthouse Square
Alexandria, VA 22314

*Re: New Case Filing – Bunkers International Corporation v. Carreira Pitti, PC*

Dear Clerk,

Please find attached the (1) Verified Complaint with Request for Writ of Maritime Garnishment, (2) Motion, Memorandum and proposed Order for Issuance of Maritime Garnishment, (3) Motion and proposed Order for Service of Writs of Maritime Garnishment, and (4) Motion, Application and proposed Order for Admission Pro Hac Vice and 2 copies of each document. Also, please find enclosed a check for $350.00 for the Complaint filing fee, and a check for $50.00 to cover the Admission Pro Hac Vice fees.

Please file stamp both copies of the documents and return the stamped copies, with the filing fee receipts, to our Courier.

Please file the documents as appropriate and present the necessary Motions and Orders to the Judge. No Service of Process or Summons is to be issued at this time.

Thank you for your assistance in this matter and please let me know if you have any questions.

With Kindest Regards,

Timothy P. Bosson, Esq.
Simms Showers, LLP