FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
___ALEXANDRIA___ DIVISION

2011 JUL 29 P 1:09

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

___Bunkers International Corporation___

vs.                              Civil/Criminal Action No. _1:11cv803_
___Carreirra Pitti, P.C.___                           _LMB/IDD_

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
___Bunkers International Corporation___
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

___July 29, 2011___                          ___[signature]___
Date                                      Signature of Attorney or Litigant
                                          Counsel for ___Bunkers International Corporation___

Rev. 7/14/04