FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2011 JUL 29 P 1: 11

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| BUNKERS INTERNATIONAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>CARREIRA PITTI, P.C.<br><br>Defendant,<br><br>and<br><br>TLDS, LLC<br><br>Garnishee. | Civil Action No. 1:11cv803 |

## MOTION FOR ORDER AUTHORIZING
## ISSUE OF WRIT OF MARITIME GARNISHMENT

Plaintiff Bunkers International Corporation ("Bunkers International") moves, pursuant to Supplemental Rule B, for an order authorizing issue of a writ of maritime garnishment for property of Defendant Carreira Pitt, P.C. ("Carreira Pitti"), held or controlled by garnishees or their agents located in this District. In further support of this Motion, Bunkers International submits an accompanying memorandum of law, draft order, and draft writ.

Dated: July 29, 2011.

Respectfully Submitted,

/s/ Tim Bosson

Timothy P. Bosson (VSB No. 72746)
Simms Showers LLP
305 Harrison Street SE, Third Floor
Leesburg, VA 20175
(703) 771-4671
(703) 771-4681 –facsimile–

OF COUNSEL
Marios J. Monopolis
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
(410) 783-5795
(410) 510-1789 –facsimile–