FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2011 JUL 29 P 1: 11

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| BUNKERS INTERNATIONAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>CARREIRA PITTI, P.C.<br><br>Defendant,<br><br>and<br><br>TLDS, LLC<br><br>Garnishee. | Civil Action No. 1: 11 cv 803 |

## MEMORANDUM OF LAW SUPPORTING MOTION FOR ORDER AUTHORIZING ISSUE WRIT OF MARITIME GARNISHMENT

Supplemental Rule B(a) provides as follows:

> (a) If a defendant is not found within the district, when a verified complaint praying for attachment and the affidavit required by Rule B(1)(b) are filed, a verified complaint may contain a prayer for process to attach the defendant's tangible or intangible personal property - up to the amount sued for - in the hands of garnishees named in the process.

Plaintiff Bunkers International Corporation ("Bunkers International") has filed a Verified Complaint seeking process to attach the property of Defendant Carreira Pitt, P.C. ("Carreira Pitti") that is found in this District.

As the Verified Complaint sets forth in greater detail, Bunkers International provided maritime necessaries to the M/V OCEAN BLUE I ("Vessel") on the order of Carreira Pitti. Despite repeated demand, however, Bunkers International remains unpaid.

Bunkers International therefore seeks to attach property of Carreira Pitti which is found within this District – to wit, Carreira Pitti's domain name (www.carreirapitti.com). On information and belief, the registrar of Carreira Pitti's domain name is TLDS, LLC, d/b/a SRSPlus, LLC, a domain name registrar with its principal offices in Herndon, Virginia.

A domain name is intangible personal property. See *Kremen v. Cohen*, 337 F.3d 1024, 1029–30 (9th Cir. Cal. 2003); *Office Depot, Inc. v. Zuccarini*, 621 F. Supp. 2d 773, 777 (N.D. Cal. 2007); 15 U.S.C. § 1125 *et seq.* (Anticybersquatting Consumer Protection Act, authorizing *in rem* jurisdiction over domain names). Under Supplemental Rule B, any intangible personal property of a defendant can be attached.

Therefore, Bunkers International respectfully requests that this Court grants its Motion and authorize issue of a writ of maritime garnishment.

Dated: July 29, 2011.

> Respectfully Submitted,
>
> Timothy P. Bosson (VSB No. 72746)
> Simms Showers LLP
> 305 Harrison Street SE, Third Floor
> Leesburg, VA 20175
> (703) 771-4671
> (703) 771-4681 –facsimile–

OF COUNSEL
Marios J. Monopolis
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
(410) 783-5795
(410) 510-1789 –facsimile–