FILED

2011 JUL 29 P 1:11

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BUNKERS INTERNATIONAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>CARREIRA PITTI, P.C.<br><br>Defendant,<br><br>and<br><br>TLDS, LLC<br><br>Garnishee. | Civil Action No. 1:11 cv 803 |

## MOTION FOR APPOINTMENT FOR
## SERVICE OF WRITS OF MARITIME GARNISHMENT

Plaintiff Bunkers International Corporation ("Bunkers International") hereby moves, pursuant to Fed. R. Civ. P. 4(c)(2), for an Order appointing Timothy P. Bosson, or any other qualified person appointed by him, to serve process of maritime garnishment and any supplemental process in this matter.

As grounds for this motion, Bunkers International states that service of the maritime garnishment writs issued in this case will be straightforward, on a garnishee located in this District. The Garnishee is TLDS, LLC, d/b/a SRSPlus, LLC, a domain name registrar located in this District. Utilizing private process service will conserve the resources of the United States Marshal. Bunkers International will, upon service, promptly cause returns of service to be filed in this case.

- 2 -

WHEREFORE, Bunkers International respectfully requests this Court to grant this motion and herewith submits a draft order.

Dated: July 29, 2011.

                              Respectfully Submitted,

                              Timothy P. Bosson (VSB No. 72746)
                              Simms Showers LLP
                              305 Harrison Street SE, Third Floor
                              Leesburg, VA 20175
                              (703) 771-4671
                              (703) 771-4681 –facsimile–

                              Counsel for Plaintiff Bunkers International

OF COUNSEL
Marios J. Monopolis
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
(410) 783-5795
(410) 510-1789 –facsimile–