

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

BUNKERS INTERNATIONAL
CORPORATION

    Plaintiff,

v.

CARREIRA PITTI, P.C.

    Defendant,

and

TLDS, LLC

    Garnishee.

Civil Action No. 1:11 cv 803

## ORDER FOR APPOINTMENT FOR
## SERVICE OF WRITS OF MARITIME GARNISHMENT

Plaintiff Bunkers International Corporation, having moved for an Order pursuant to Fed. R. Civ. P. 4(c)(2) appointing Timothy P. Bosson, or any other qualified person appointed by him, to serve process of maritime garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that Timothy P. Bosson or any other person at least 18 years of age and not a party to this action, appointed by Timothy P. Bosson be and hereby is, appointed to serve Process of Maritime Attachment and a copy of the Verified Complaint.

Signed at Alexandria this 3rd day of August, 2011.

SO ORDERED:

/s/
Leonie M. Brinkema
United States District Judge