AUG - 8 2011

CLERK, U.S. DIST... ...RT
ALEXANDRIA...

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

BUNKERS INTERNATIONAL
CORPORATION
    Plaintiff,

v.

CARREIRA PITTI, P.C.
    Defendant,
and

TLDS, LLC
    Garnishee.

Civil Action No. 1:11 cv 803

## AFFIDAVIT OF SERVICE OF PROCESS

**BEFORE ME**, the undersigned authority, Cragin Lynn personally appeared, who after being duly sworn, deposes and states as follows:

1. I am over eighteen years of age and of sound mind, and I am not a party to, or otherwise interested in, the subject matter in controversy in the underlying case.

2. I am a resident of the Commonwealth of Virginia.

3. On August 3, 2011 at approximately 3:00 p.m., I personally served a true copy of a Complaint and Court-Issued Writ of Garnishment on Garnishee, TLDS, LLC at 13861 Sunrise Valley Drive, Suite 300, Herndon, VA 20171 pursuant to VA Code § 8.01-296.

Witness my hand under the penalties of perjury this 3rd th day of August, 2011.

_____
Cragin Lynn

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF LOUDOUN, to-wit**

Subscribed and sworn to before me in the City and State aforesaid, this 3rd th day of August, 2011.

My commission expires: Oct. 31, 2014

_____ Notary Public

Justin R. Coleman
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7364295
My Commission Expires
October 31, 2014

TLDS, LLC
d/b/a SRSPlus, LLC
13861 Sunrise Valley Drive, Suite 300
Herndon, VA  20171


On behalf of TLDS, LLC, I agree to accept service of the process for the Writ of Maritime Garnishment filed against our customer, Carreira Pitti, P.C.


Accepted and Acknowledged by:


_Jessica Anthony_                                                    _8/3/11_
Print Name:                                                                Date


_Sr. Investigator_
Title