# SIMMS SHOWERS LLP
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

305 Harrison Street, S.E., 3rd Floor ■ Leesburg, Virginia 20175 ■ (703) 771-4671 ■ Fax: (703) 771-4681 ■ www.simmsshowers.com

RECEIVED
AUG - 8 2011

August 4, 2011

Eastern District Court of Virginia
Attn: Clerk of Court
401 Courthouse Square
Alexandria, VA 22314

      *Re: Bunkers International Corporation v. Carreira Pitti (1:11cv803) –*
      *Affidavit of Service of Process*

Dear Clerk,

On behalf of Plaintiff's attorneys Tim Bosson and Marios Monopolis (Pro Hac), please find enclosed the Affidavit for Service of the Complaint and Court-Issued Writ of Garnishment for the above-mentioned case. The Complaint and Writ of Garnishment were served upon Garnishee, TLDS, LLC, on August 3, 2011. We have also included a signed statement of TLDS, LLC agent, Jessica Anthony, stating agreement to accept Service of Process on behalf of TLDS, LLC customer, Carreira Pitti, PC.

Please file these documents in the above-mentioned case.

Thank you for your assistance and please contact me with any questions.

Sincerely,

Krystal Brunner
Paralegal
Simms Showers, LLP