IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BUNKERS INTERNATIONAL CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:11cv803  LMB/IDD<br>) |
| CARREIRA PITTI, P.C., | )<br>) |
| Defendant, | )<br>) |
| -and- | )<br>) |
| TLDS, LLC, | )<br>) |
| Garnishee. | ) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT OF TLDS, L.L.C.**

Pursuant to Local Rule 7.1, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for garnishee TLDS, L.L.C. in the above-captioned action, certifies that TLDS, L.L.C. has the following member:

Network Solutions, LLC

/s/
Timothy B. Hyland
Virginia State Bar No. 31163
Attorney for TLDS, L.L.C.
STEIN, SPERLING, BENNETT, DE
  JONG, DRISCOLL & GREENFEIG, P.C.
25 West Middle Lane
Rockville, Maryland  20850
Tel: (301) 838-3314
Fax: (301) 354-8314
thyland@steinsperling.com

2144475_1

CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of August, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and that service will thereby be accomplished on:

    Timothy P. Bosson, Esquire
    Simms Showers LLP
    305 Harrison Street, S.E.
    Leesburg, Virginia  20175

    *Counsel for Bunkers International Corporation*

    And I hereby certify that on the 17th day of August, 2011, I will mail a email and mail a copy of the document and a copy of the NEF by U.S. mail to the following non-filing user:

    Carreira Pitti, P.C.
    55 St. No. 255 Carpit Buildings, El Cangrejo
    P.O. Box 0819-0068 El Dorado
    Panama, Republic of Panama
    info@carreirapitti.com

    *Defendant*

                               /s/
                        Timothy B. Hyland
                        Virginia State Bar No. 31163
                        Attorney for TLDS, L.L.C.
                        STEIN, SPERLING, BENNETT, DE JONG,
                          DRISCOLL & GREENFEIG, P.C.
                        25 West Middle Lane
                        Rockville, Maryland  20850
                        Tel: (301) 838-3314
                        Fax: (301) 354-8314
                        thyland@steinsperling.com