IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BUNKERS INT'L CORP., )
)
    Plaintiff, )
) 1:11-CV-803 (LMB/IDD)
v. )
)
CARREIRA PITTI, P.C., et al., )
)
    Defendants. )

## ORDER

On October 25, 2011, garnishee TLDS, LLC filed a motion for summary judgment, which is scheduled for a hearing on Friday, November 18, 2011. Because discovery will not close until February 10, 2012, and because plaintiff seeks to take discovery on facts relevant to this motion, see Pl.'s Opp'n at 2,[1] the garnishee's motion for summary judgment is premature. Accordingly, it is hereby

ORDERED that TLDS' motion for summary judgment [Dkt. No. 16] is DENIED WITHOUT PREJUDICE. This ruling does not preclude the garnishee from filing another motion for summary judgment after the parties have had an opportunity to take discovery on the relevant issues.

---

[1] In its opposition, plaintiff attaches as Exhibit D what appears to be a screen shot of the defendant's website. That document has http://www.carreirapitti.com written in the upper right-hand corner and indicates that the defendant can be contacted by email at info@carreirapitti.com. This document shows at least some association between the defendant and the domain name at issue in this action: <http://www.carreirapitti.com>.

The Clerk is directed to remove this motion from the Court's November 18, 2011 motions docket and forward copies of this Order to counsel of record.

Entered this 15th day of November, 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge